# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 7, 2022

## NO. 03-21-00673-CV

**River Creek Development Corporation and City of Hutto, Texas, Appellants**

**v.**

**Kenneth Paxton, Jr. Attorney General of Texas; Preston Hollow Capital, LLC;
79 HCD Development, LLC; Public Finance Authority and
U.S. Bank National Association, Appellees**

**APPEAL FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES GOODWIN, BAKER,AND TRIANA
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on December 3, 2021. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.